UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENDA FAYE HUNTER,                                            Civil No.  11-1215 SRN/AJB

      Plaintiff,

      v.                                                                              ORDER

METROPOLITAN COUNCIL, and
MICHAEL B. MARTH,
(Claims Representative),

      Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated May 11, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.  This action is summarily **DISMISSED** for lack of jurisdiction.


DATED:  June 2, 2011

                                              s/ Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Court Judge